In the Matter of JONAS APONTE, Respondent, v SHOLA OLATOYE et al., Appellants.

Submitted August 21, 2017; decided September 5, 2017

Motion by Letitia James, etc. et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

In the Matter of KYRIAKI BOREKAS, Appellant, v NEW YORK CITY DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT et al., Respondents.

Submitted July 17, 2017; decided September 5, 2017

Motion for leave to appeal denied. Motion for a stay dismissed as academic.

In the Matter of CERENITHY B. and Others, Infants. ECKSTHINE B. et al., Respondents; CHRISTIAN B., Appellant.

Submitted June 12, 2017; decided September 5, 2017

Motion for leave to appeal denied. Motion for poor person relief dismissed as academic. Motion for a stay dismissed as academic.

Judge FEINMAN taking no part.